# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTWAINE PIERRE BURRISE<br><br>　　　　　Defendant. | CR NO: 2:13-MJ-334 DAD<br><br>**FILED**<br>NOV 0 7 2013<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>　　　　DEPUTY CLERK |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

Name of Detainee: ANTWAINE PIERRE BURRISE
Detained at: SAN JOAQUIN COUNTY JAIL
Detainee is:
　a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
　　　charging detainee with: Felon Possession of Fire Arm
　or
　b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
　a.) ☐ return to the custody of detaining facility upon termination of proceedings
　or
　b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on forthwith in the Eastern District of California.*

Signature: /s/ Michelle Rodriguez
Printed Name & Phone No: MICHELLE RODRIGUEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum　　　　　☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **forthwith** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 11/7/2013

Honorable Carolyn C. Delaney
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | RAY TIMOTHY BURRISE | ☒Male | ☐Female |
| Booking or CDC #: | | DOB: | 06/28/1979 |
| Facility Address: | 7000 MICHAEL CANLIS BLVD, French Camp A | Race: | |
| Facility Phone: | (209)468-4400 | FBI#: | 476599FB5 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____　　　_____
　　　　　　　　　　　　　　　　　　(signature)