IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTWAINE PIERRE BURRISE,<br><br>Defendant. | Case №: 2:13-mj-0334- DAD<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE:  Felon in Possession of a Firearm – 18 USC § 922

Matthew C. Bockmon is hereby appointed effective November 19, 2013.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED** *FINANCIAL AFFIDAVIT* **SUPPORTING APPOINTMENT.**

Dated:  November 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL         1